FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUN 10 AM 10: 21

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR457 |
| Plaintiff, ) | |
| ) | INFORMATION |
| vs. ) | |
| ) | 21 U.S.C. § 846 |
| DANIEL BOUQUET, ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(B)(vii) |
| Defendant. ) | |
| ) | |

The United States Attorney charges:

### COUNT I

From on or about June 6, 2006, to December 14, 2009 in the District of Nebraska and elsewhere, DANIEL BOUQUET, Defendant herein, knowingly and intentionally, combined, conspired, confederated and agreed with other persons, known and unknown to the Grand Jury, to distribute and possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vii).

In violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

By: *Maria R. Moran*

MARIA R. MORAN (#17347)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska  68102-1506
(402) 661-3700

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Maria R. Moran*

MARIA R. MORAN
Assistant U.S. Attorney