IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )      8:09CR457
                               )
     v.                        )
                               )
DANIEL BOUQUET,                )      ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's supplemental motion for enlargement of time to file motions for deviation, variance or departure (Filing No. 456). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until November 22, 2010, to file motions for deviation, variance or departure.

DATED this 7th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court