IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL BOUQUET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's supplemental motion for enlargement of time to file motions for deviation, variance or departure (Filing No. 631) and his motion to continue sentencing (Filing No. 632). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion for enlargement of time to file motions for deviation, variance or departure is granted; defendant shall have until April 11, 2011, to file motions for deviation, variance or departure.

2) The motion to continue sentencing is granted; sentencing is rescheduled for:

**Thursday, May 5, 2011, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court