IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL BOUQUET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing and motion to extend deadline for motions for departure, deviation or variance (Filing No. 854). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion for enlargement of time to file motions for deviation, variance or departure is granted; defendant shall have until July 8, 2011, to file motions for departure, deviation or variance.

2) The motion to continue sentencing is granted; sentencing is rescheduled for:

**Friday, August 5, 2011, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court