IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL BOUQUET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue supervised release violation disposition hearing (Filing No. 1419).  Inasmuch as the hearing has already been rescheduled, the motion will be denied as moot.  Accordingly,

IT IS ORDERED that defendant's motion to continue supervised release violation disposition hearing is denied as moot.

DATED this 15th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court