IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>DANIEL BOUQUET,<br><br>            Defendant. | 8:09CR457<br><br>ORDER |

On December 11, 2014, the defendant appeared through counsel on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 1378). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented Donald J. Kleine, Assistant United States Attorney. The defendant admitted that allegations 1 and 2 contained within the Petition are true, and the Court found the defendant to be in violation of conditions of his supervised release. The Court then proceeded to disposition.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and defendant is sentenced to twenty-four (24) months incarceration, said term to run consecutively to the sentence imposed in Douglas County Nebraska District Court, Case Number D01CR0001353.

2) Upon completion of his incarceration, there is no supervised release to follow and the defendant's obligations on this matter will be deemed completed.

DATED this 11th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.

UNITED STATES WARDEN

By: _____